UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PSM HOLDINGS, LLC, and PSM WORLDWIDE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TINY TOWN LLC, SURAPHA NELSON, and LUCAS NELSON,<br><br>Defendants. | Case No. 3:24-cv-05579-TMC<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>NOTED FOR CONSIDERATION: NOVEMBER 26, 2024 |

**STIPULATION**

Pursuant to LCR 10(g), Plaintiffs PSM Holdings, LLC and PSM Worldwide, LLC ("Plaintiffs" or "PSM"), move this Court to renote Defendants Tiny Town LLC, Surapha Nelson, and Lucas Nelson's (collectively "Defendants") Motion to Dismiss for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. No. 27), filed on November 15, 2024, from December 27, 2024, to January 3, 2025, and to extend the response deadline to the motion to December 13, 2024.

IT IS SO STIPULATED.

| | |
|---|---|
| Stipulated and Agreed to on November 26, 2024 by:<br>MILLER NASH LLP | Stipulated and Agreed to on November 26, 2024 by:<br>VODDE IP, PLLC |

STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS - 1

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599
4899-9673-5488.2

| | |
|---|---|
| *s/Daniel J. Oates*<br>Daniel J. Oates, WSBA #39334<br>605 5th Ave S, Suite 900<br>Seattle, WA 98104<br>Tel: 206.624.8300<br>Email: dan.oates@millernash.com<br>and<br>Benjamin B. Reed (*pro hac vice*)<br>James C. Rubinger (to be admitted *pro hac vice*)<br>Abbey A. Taylor (to be admitted *pro hac vice*)<br>PLAVE KOCH PLC<br>3120 Fairview Park Drive, Suite 420<br>Falls Church, VA 22042<br>Tel: 703.774.1200<br>Fax: 703.774.1201<br>Email:BReed@plavekoch.com<br>Email:JRubinger@plavekoch.com<br>Email: ATaylor@plavekoch.com<br>Attorneys for Plaintiffs | *s/Ethan B. Vodde*<br>Ethan B. Vodde, WSBA #55400<br>5428 S. Regal St., #30956<br>Spokane, WA 99223<br>Tel: 509.290.0667<br>Email: ethan@voddeip.com<br>Attorneys for Defendants |

## ORDER

IT IS SO ORDERED. Plaintiffs' Response to Defendants' Motion to Dismiss for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) is renoted to January 3, 2025, and Plaintiffs' response will be due on <u>Friday, December 13, 2024</u>.

ORDERED this 27th day of November, 2024.

TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| MILLER NASH LLP<br><br>*s/Daniel J. Oates*<br>Daniel J. Oates, WSBA #39334<br>605 5th Ave S, Suite 900<br>Seattle, WA 98104<br>Tel: 206.624.8300 | VODDE IP, PLLC<br><br>*s/Ethan B. Vodde*<br>Ethan B. Vodde, WSBA #55400<br>5428 S. Regal St., #30956<br>Spokane, WA 99223<br>Tel: 509.290.0667 |

STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS - 2

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599
4899-9673-5488.2

| | |
|---|---|
| Email: dan.oates@millernash.com<br>and<br>Benjamin B. Reed (*pro hac vice*)<br>James C. Rubinger (to be admitted *pro hac vice*)<br>Abbey A. Taylor (to be admitted *pro hac vice*)<br>PLAVE KOCH PLC<br>3120 Fairview Park Drive, Suite 420<br>Falls Church, VA  22042<br>Tel: 703.774.1200<br>Fax: 703.774.1201<br>Email:BReed@plavekoch.com<br>Email:JRubinger@plavekoch.com<br>Email: ATaylor@plavekoch.com<br>Attorneys for Plaintiffs | Email: ethan@voddeip.com<br>Attorneys for Defendants |

STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS - 3